_____ RETAIN ✓

**Paul Mannes , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y /N (circled)

*Robert F. Rood, IV* (handwritten signature)

PROCEEDING MEMO - ADVERSARY PROCEEDING

Date: 09/14/2010  Time: 10:00

CASE: 10-00361 Rosen v. Stellar Grants, Inc.

Related: 08-17199 Robert F Rood

✓ Nelson C. Cohen representing Gary A. Rosen (Plaintiff)

✓ Daniel M. Press representing Stellar Grants, Inc. (Defendant)

[25] Jury Demand by Stellar Grants, Inc. Filed by Daniel M. Press. ~denied~

**FILED BY** : Stellar Grants, Inc. BY D. Press;

SCHEDULE:   *P. 28 Motion to strike /*
            *P. 29 — reply*

1. Discovery cutoff:_____        6. Pretrial memos/exhibits:_____
2. Dispositive motions:_____     7. Trial times est:____days____hrs
3. Status report due:_____       8. Trial date:_____ time:_____
4. Motions hrg. date:_____       9. Expert witness &Rpts:_____
5. Final pretrial hrg:_____     10. Reissue Summons:_____

DISPOSITION:   (X)

Granted___  Denied ✓  Withdrawn___  Default___  Consent___  Under Adv.___

Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent                         _____ Withdrawn/ Dismissed/ Deny

Amount: $ _____             for want of Prosecution

                                     _____ Day Settlement Order

_____Decision Reserved               _____ Moot

_____Default / No Response           _____ Soldiers and Sailors Affidavit Due

_____Show Cause Order                _____ Other:_____

Adjourned / Continued to:_____ at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____

(margin handwritten: Trial: 2/28/11)

DECISION:

    [ ] Signed by Court         [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] plaintiff's counsel    [ ] Court
        [ ] defendant's counsel    [ ] Other _____

NOTES: