

PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Robert F. Rood, IV, *et al.*, | § | Case No. 08-17199-PM |
|     Debtors | § | (Jointly Administered) |
| _____ | § | |
| GARY A. ROSEN, TRUSTEE, FOR | § | |
|    Robert F. Rood, IV, *et al* | § | |
|       Plaintiff | § | |
| v. | § | |
| | § | Adv. No. 10-00361 |
| STELLAR GRANTS, INC., | § | |
|     Defendant | § | **JURY TRIAL DEMANDED** |

## ORDER UPON MOTION TO RECONSIDER ORDER GRANTING MOTION TO STRIKE JURY DEMAND

    Upon consideration of the Motion of Defendant STELLAR GRANTS, INC. to reconsider the Order granting the Plaintiff's Motion to Strike Jury Demand (Docket

Entry #30) (the "Order"), the court noting that, pursuant to Local Bankruptcy Rule 9015-1, the jury demand was timely only with respect to a jury trial to be conducted in the District Court, it is hereby

ORDERED that the Order is amended to clarify that Defendant's Demand for a Jury Trial is sticken insofar as it pertains to a trial in the Bankruptcy Court.

Copies to:

Nelson C. Cohen, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W.
Suite 1000
Washington, DC 20036

Daniel M. Press, Esq.
Chung & Press, P.C.
6718 Whittier Avenue, Ste 200
McLean VA 22101

James P. Brady
11550 Fuqua, Suite 340
Houston TX 77034

**END OF ORDER**